Mariano S. FALCON, Plaintiff-Appellee
Cross-Appellant,

v.

GENERAL TELEPHONE COMPANY OF
the SOUTHWEST, Defendant-Appellant
Cross-Appellee.

No. 78-3587.

United States Court of Appeals,
Fifth Circuit.

May 29, 1981.

Rehearing Denied June 23, 1081.

On Rehearing June 24, 1981.

E. Russell Nunnally, Dallas, Tex., Stephen W. Holt, San Angelo, Tex., for defendant-appellant, cross-appellee.

John E. Collins, Irving, Tex., Frank P. Hernandez, Garland, Tex., for plaintiff-appellee cross-appellant.

Before TUTTLE, RANDALL and TATE, Circuit Judges.

TUTTLE, Circuit Judge:

The judgment of this Court in this case having been vacated by the Supreme Court 101 S.Ct. 1752, and remanded for further consideration in light of *Texas Department of Community Affairs v. Burdine*, 450 U.S. ——, 101 S.Ct. 1089, 67 L.Ed.2d —— (1981), the case is now remanded to the District Court for further proceedings not inconsistent with *Burdine*.

The Court did not deal with that part of our prior judgment that decided or remanded non-*Burdine* issues for further consideration of the trial court. We, therefore, reinstate Parts IV and V of our original opinion.

REMANDED.

## ON PETITION FOR REHEARING

It appearing that in our Order of May 29, 1981, we did not fully specify our non-*Burdine* issues, we now amend the last sentence of that Order to read as follows:

We, therefore, reinstate parts I, II, IV, V and VI of our original opinion.